IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

E.E., *et al.*,                          *

    Petitioners,                      *

vs.                                      *

Warden, STEWART DETENTION              *     CASE NO. 4:26-cv-27-CDL-CHW
CENTER, *et al.*,
                                         *
    Respondents.                      *

---

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on April 9, 2026.  There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1).  Therefore, the Court reviews the Recommendation for clear error.  Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 19th day of May, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA